United States District Court
Southern District of Texas
FILED

JUL - 6 2012

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR. NO. M-09-550-02 |
| HUMBERTO SEGUNDO | * | |

## ORDER

The Court having considered the Motion of Defendant, HUMBERTO SEGUNDO for Leave to Proceed on appeal in Forma Pauperis, in the above-styled case, is of the opinion said motion should be granted. It is, therefore --

ORDERED, ADJUDGED and DECREED that Defendant, HUMBERTO SEGUNDO, is hereby granted leave to appeal in Forma Pauperis, and the Federal Public Defender is hereby appointed to represent Defendant, HUMBERTO SEGUNDO, on said appeal.

The Clerk shall send a copy of this Order to the Defendant, HUMBERTO SEGUNDO, Federal Public Defender and the United States Attorney.

DONE this 6th day of July, 2012, at McAllen, Texas.

_____
JUDGE PRESIDING